UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMI JAMES HAMILTON,

    Plaintiff,

v.

SCOTT FRAKES et al.

    Defendant.

CASE NO. C13-5422 RJB

ORDER DECLINING ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge recommends that Plaintiff's motion for voluntary dismissal of this 42 U.S.C. § 1983 civil rights action be granted. Dkt. 33. The Plaintiff has filed an objection/motion to rescind earlier motion for voluntary withdrawal. Dkt. 34.

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objection to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

    1.    The Court declines adoption of the Report and Recommendation (Dkt. 33);

    2.    Plaintiff's Motion to Rescind motion for voluntary withdrawal of complaint (Dkt. 34) is **GRANTED**.

ORDER DECLINING ADOPTION OF REPORT
AND RECOMMENDATION - 1

3. The matter is **RE-REFERRED** to the Magistrate Judge for further proceedings.

DATED this 27th day of December, 2013.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER DECLINING ADOPTION OF REPORT
AND RECOMMENDATION - 2