UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JIMI JAMES HAMILTON,<br><br>               Plaintiff,<br><br>   v.<br><br>SCOTT FRAKES et al.,<br><br>               Defendants. | CASE NO. C13-5422 RJB-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR:<br>MAY 2, 2014 |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

Plaintiff asks the Court for voluntary dismissal of this action without prejudice (Dkt. 39). Defendants do not oppose the motion (Dkt. 40). This is plaintiff's second motion to voluntarily dismiss the action and plaintiff states "I will not change my mind as I did previously." (Dkt. 39). The Court recommends dismissing this action without prejudice and denial of all pending motions.

1 | Plaintiff must seek leave of Court to dismiss the action because an answer has been filed

2 | (Dkt. 29).  Fed. R. Civ. P. 41 provides in part:

3 | (a) Voluntary Dismissal.

4 | (1) By the Plaintiff.

5 | (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order
6 | by filing:
(i) a notice of dismissal before the opposing party serves either an answer or a
7 | motion for summary judgment; or
(ii) a stipulation of dismissal signed by all parties who have appeared.
8 |
(B) Effect. Unless the notice or stipulation states otherwise, the dismissal is
9 | without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates
10 | as an adjudication on the merits.

11 | (2) By Court Order; Effect. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court
12 | considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the
13 | defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this
14 | paragraph (2) is without prejudice.

15 | Because defendants have filed an answer, plaintiff's motion is an unopposed voluntary

16 | dismissal pursuant to Fed. R. Civ. P. 41(a)(2).  The Court recommends granting plaintiff's

17 | motion.

18 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

19 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.

20 | 6. Failure to file objections will result in a waiver of those objections for purposes of de novo

21 | review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

22 | //

23 | //

24 |

REPORT AND RECOMMENDATION - 2

1 | imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on May
2 | 2. 2014, as noted in the caption.

3       Dated this 11th day of April, 2014.

                                                            J. Richard Creatura
                                                            United States Magistrate Judge