1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

11

| | |
|---|---|
| JIMI JAMES HAMILTON, | CASE NO. C13-5422 RJB |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING VOLUNTARY DIMISSAL OF ACTION |
| v. | |
| SCOTT FRAKES et al., | |
| Defendants. | |

12
13
14
15

16      This matter comes before the Court on the Report and recommendation of U.S.

17  Magistrate Judge J Richard Creatura.  Dkt. 42.  The Magistrate Judge recommends that Plaintiff's

18  motion for voluntary dismissal be granted and all pending motion be denied as moot.  The

19  Defendants do not oppose the motion.

20      The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

21  Richard Creatura, and the remaining record, does hereby find and **ORDER**:

22      (1)      The Court adopts the Report and Recommendation;

23      (2)      Plaintiff's action is **DISMISSED WITHOUT PREJUDUCE.**

24

ORDER ADOPTING REPORT AND
RECOMMENDATION GRANTING VOLUNTARY
DIMISSAL OF ACTION- 1

1    (3)    All pending motions are **DENIED AS MOOT**.

2

3    Dated this 15th day of April, 2014.

4

5

                                    ROBERT J. BRYAN
6                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION GRANTING VOLUNTARY
DIMISSAL OF ACTION- 2